109 A.3d 668

IN THE MATTER OF MARY C. IAZZETTA, AN ATTORNEY
AT LAW (ATTORNEY NO. 024341986).

March 11, 2015.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 14–188, concluding that the violations of *RPC* 1.15(d) (recordkeeping deficiencies) by **MARY C. IAZZETTA** of **CLINTON,** who was admitted to the bar of this State in 1986, are *de minimis* and undeserving of formal discipline and that the formal complaint in Docket No. XIV–2013–0485 therefore should be dismissed, and good cause appearing;

It is ORDERED that the formal complaint against **MARY C. IAZZETTA** in Docket No. XIV–2013–0485E is hereby dismissed.